24455. Dodd v. The State.

Guerry, J. Under the Civil Code (1910), § 6153, it must affirmatively appear from the bill of exceptions or the entries thereon, or the record, that the bill of exceptions was presented within twenty days from the rendition of the decision complained of. *Evans* v. *State*, 112 *Ga.* 763 (38 S. E. 78); *American Freehold Land Mortgage Co.* v. *Walker*, 115 *Ga.* 737 (42 S. E. 59); *Harris* v. *State*, 117 *Ga.* 13 (43 S. E. 419); *Crawford* v. *Goodwin*, 128 *Ga.* 134 (57 S. E. 240); *Sweat* v. *Georgia Naval Stores Co.*, 129 *Ga.* 571 (59 S. E. 273); *Milling* v. *State*, 145 *Ga.* 37 (88 S. E. 554); *Hurst* v. *State*, 145 *Ga.* 164 (88 S. E. 930); *Jones* v. *State*, 146 *Ga.* 8 (90 S. E. 280); *Wallace* v. *State*, 16 *Ga. App.* 30 (84 S. E. 486), and cit.; *Tuggle* v. *State*, 30 *Ga. App.* 670 (118 S. E. 778). While it is true that "where it is recited in a bill of exceptions that it was tendered to the judge within the time prescribed by law," and this recital is certified by the judge as true, the recital will not·be disregarded, even though the certificate of the judge is dated after the time for presentation has expired (*Moore* v. *Kelly*, 109 *Ga.* 798, 35 S. E. 168; *Proctor* v. *Piedmont Portland Cement Co.*, 134 *Ga.* 391, 67 S. E. 942; *Neal* v. *Mathews*, 27 *Ga. App.* 806, 110 S. E. 24); but where it appears, as in this case, that the motion for new trial was overruled on August 30, and it also appears from the bill of exceptions itself that the same was not presented until September 20, a recital contained therein that it was within the time prescribed by law will not prevail, to give this court jurisdiction, and such bill of exceptions is and must be dismissed. See *Breedlove* v. *Liberty Mutual Insurance Co.*, 46 *Ga. App.* 465 (168 S. E. 91); *McCrory* v. *State*, 42 *Ga. App.* 287 (155 S. E. 781).

*Writ of error dismissed.* *Broyles, C. J., and MacIntyre, J., concur.*

Decided December 20, 1934.

309

*J. H. Kirby, R. E. Kirby,* for plaintiff in error.
*H. G. Vandiviere, solicitor-general,* contra.